JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZACHARY S., | ) | CASE NO. SACV 21-00015 AGR |
|           Plaintiff, | ) | |
|   vs. | ) | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
|           Defendant. | ) | |

IT IS HEREBY ADJUDGED that Judgment is entered for the Plaintiff. The decision of the Commissioner is reversed and the matter is remanded for a finding of disability and calculation of an award of benefits if available.

DATED: September 6, 2022

_____
ALICIA G. ROSENBERG
United States Magistrate Judge