Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.475.1880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z. S.,<br><br>  Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | CASE NO.: 8:21-cv-00015-AGR<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES AND COSTS |

  Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

  IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) and costs in the amount of FOUR HUNDRED TWO DOLLARS ($402.00) subject to the terms of the stipulation.

DATED: 11/1/2022

*alicia G. Rosenberg*

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE